George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
**FREEDOM LAW FIRM, LLC**
8985 South Eastern Ave., Suite 100
Las Vegas, NV 89123
ghaines@freedomlegalteam.com
gavalos@freedomlegalteam.com
Phone: (702) 880-5554
FAX: (702) 385-5518
*Attorneys for Plaintiff Lynette Bynum*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Lynette Bynum, <br><br> Plaintiff, <br> v. <br><br> Trans Union LLC; National Consumer Telecom & Utilities Exchange, Inc. and Clarity Services, Inc., <br><br> Defendants. | Case No.: 2:25-cv-00274 <br><br> **Stipulation for dismissal of Trans Union LLC with prejudice.** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Lynette Bynum and Trans Union LLC stipulate to dismiss Plaintiff's claims against Trans Union LLC with prejudice.

///
///
///
///
///
///

_____

STIPULATION            - 1 -

1 | Each party will bear its own costs, disbursements, and attorney fees.
2 | Dated: April 14, 2025.
3
4
5 | **FREEDOM LAW FIRM**
6
7 | /s/ *George Haines*
George Haines, Esq.
8 | Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 100
9 | Las Vegas, Nevada 89123
10 | *Counsel for Plaintiff Lynette Bynum*
11 | **SKANE MILLS LLP**
12
13 | /s/ *Sarai L. Thornton*
Sarai L. Thornton, Esq.
14 | 1120 Town Center Drive, Suite 200
Las Vegas, Nevada 89144
15 | *Counsel for Trans Union LLC*
16
17 | IT IS SO ORDERED:
18
19 | UNITES STATES DISTRICT JUDGE
20 | April 15, 2025
21 | DATED:_____

STIPULATION                                - 2 -